**Gmail**                                                                  Danielle Williamson <daniwilliamson25@gmail.com>

# Fwd: Avidia
2 messages

---

**Michael Williamson** <mikewillie24@gmail.com>                              Fri, Nov 14, 2025 at 11:09 AM
To: Danielle Williamson <daniwilliamson25@gmail.com>

    Begin forwarded message:

    **From:** BC Law Clinic <bclawclinic@bc.edu>
    **Date:** November 13, 2025 at 7:40:33 PM EST
    **To:** Michael Williamson <mikewillie24@gmail.com>
    **Subject: Re: Avidia**


    This is what we think you should say to Melanie:
    --

    Melanie,

    I informed you of this dispute in September and have delayed filing twice. You asked me to wait until
    November 14th. Since then, no progress has been made. I am heading to Boston to file tomorrow
    (November 14th) at around 10am. I will check my email tomorrow before I leave if your clients have
    anything to say by then.

    Michael Williamson

    **Boston College Law School Pro Se Legal Assistance Clinic**
    Boston College Law School
    885 Centre Street
    Newton, MA 02459
    *bclawclinic@bc.edu*
    *(617)-552-LAWS*

    *This email message may contain legally privileged and/or confidential information. If you are not the*
    *intended recipient, or the employee or agent responsible for delivery of this message to the intended*
    *recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is*
    *strictly prohibited. If you have received this message in error, please immediately notify the sender and*
    *delete this e-mail message from your computer.*


    On Thu, Nov 13, 2025 at 7:02 PM Michael Williamson <mikewillie24@gmail.com> wrote:

        Begin forwarded message:

        **From:** Melanie Woodward <MWoodward@nutter.com>
        **Date:** November 13, 2025 at 4:15:04 PM EST
        **To:** Michael Williamson <mikewillie24@gmail.com>
        **Subject: Re: Avidia**

Hi Mr. Williamson,

As I said before, my goal is for us to have an open line of communication to see if we can work toward a resolution. That is difficult to do if we cannot have a conversation on the phone. You have asked if my clients are acting in good faith, and I have assured you that they are. I ask that you please do the same.

Since you will not speak to me on the phone, I will update you via email. I am doing my best to work with both of my clients as quickly as possible, but that takes time and I have not been able to complete that process yet. I ask for your patience in the meantime. Please know that, while I would like to work with you, if you proceed with filing a lawsuit, it will likely make it difficult for my clients to negotiate, and they may be compelled to defend their reputation in court.

Melanie

---

**From:** Michael Williamson <mikewillie24@gmail.com>
**Sent:** Thursday, November 13, 2025 1:23:53 PM
**To:** Melanie Woodward <MWoodward@nutter.com>
**Subject:** Avidia

Sorry Melanie, I thought you were someone else. I rather communicate by email.
Mike Williamson


This Electronic Message contains information from the law firm of Nutter, McClennen & Fish, LLP, which may be privileged and confidential. The information is intended to be for the use of the addressee only. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you.

---

| | |
|---|---|
| **Michael Williamson** <mikewillie24@gmail.com><br>To: Danielle Williamson <daniwilliamson25@gmail.com> | Fri, Nov 14, 2025 at 11:11 AM |

Begin forwarded message:

> **From:** Michael Williamson <mikewillie24@gmail.com>
> **Date:** November 14, 2025 at 11:09:34 AM EST
> **To:** Danielle Williamson <daniwilliamson25@gmail.com>
> **Subject: Fwd: Avidia**

[Quoted text hidden]

 Gmail                                      Danielle Williamson <daniwilliamson25@gmail.com>

# Fwd: Complaint
1 message

**Michael Williamson** <mikewillie24@gmail.com>                      Wed, Nov 12, 2025 at 12:39 PM
To: Danielle Williamson <daniwilliamson25@gmail.com>

Begin forwarded message:

**From:** Michael Williamson <mikewillie24@gmail.com>
**Date:** November 5, 2025 at 9:20:02 AM EST
**To:** Melanie Woodward <MWoodward@nutter.com>
**Subject: Complaint**

Melanie,

Thank you for your email. I told both Avidia and KBW about this claim more than a month ago, when I sent them each a demand letter pursuant to M.G.L. c. 93A. In their response letters, both Avidia and KBW indicated that they had already investigated the situation and summarily rejected my claims. On October 28th, I notified both of your clients of my intent to file the complaint by today, November 4th. I have heard nothing from either Avidia or KBW until your email earlier today.

If your clients wish to actively work towards a solution, I am willing to postpone filing for a couple of days. In any event, if no good-faith progress has been made, I plan to file no later than Friday, November 7th.

Please also confirm that you are willing to accept service for both defendants.

Sincerely,
Michael Williamson

Nutter, McClennen & Fish, LLP

Direct / 617-439-2130

**From:** Melanie Woodward
**Sent:** Wednesday, November 5, 2025 9:40 AM
**To:** 'Michael Williamson' <mikewillie24@gmail.com>
**Subject:** RE: Complaint

Please let me know if you have time for a call today. I am available until 11:00 am and between 1:30 and 3:00. If you are available before 11:00 am, please feel free to call me at 617-439-2130.



**Melanie Woodward**

Nutter, McClennen & Fish, LLP

Direct / 617-439-2130

**From:** Michael Williamson <mikewillie24@gmail.com>
**Sent:** Wednesday, November 5, 2025 9:20 AM
**To:** Melanie Woodward <MWoodward@nutter.com>
**Subject:** Complaint

Melanie,

Thank you for your email. I told both Avidia and KBW about this claim more than a month ago, when I sent them each a

demand letter pursuant to M.G.L. c. 93A. In their response letters, both Avidia and KBW indicated that they had already investigated the situation and summarily rejected my claims. On October 28th, I notified both of your clients of my intent to file the complaint by today, November 4th. I have heard nothing from either Avidia or KBW until your email earlier today.

If your clients wish to actively work towards a solution, I am willing to postpone filing for a couple of days. In any event, if no good-faith progress has been made, I plan to file no later than Friday, November 7th.

Please also confirm that you are willing to accept service for both defendants.

Sincerely,

Michael Williamson

This Electronic Message contains information from the law firm of Nutter, McClennen & Fish, LLP, which may be privileged and confidential. The information is intended to be for the use of the addressee only. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you.

<Williamson_Summons_KBW.pdf>
<DirectionsToMoakleyCourthouse.pdf>
<WilliamsonComplaint11.14.25.pdf>
<Williamson_CategoryForm.pdf>
<Williamson_Summons_Avidia.pdf>
<Williamson_CivilCoverSheet.pdf>

*This email message may contain legally privileged and/or confidential information. If you are not the intended recipient, or the employee or agent responsible for delivery of this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.*

On Thu, Nov 13, 2025 at 7:06 PM Michael Williamson <mikewillie24@gmail.com> wrote:
> Students, thank you. Address of the court house? Sorry, Mike

>> On Nov 13, 2025, at 5:30 PM, BC Law Clinic <bclawclinic@bc.edu> wrote:

>> Hey Mr. Williamson,

>> Just checking whether you sent the response/have heard anything from Melanie.

>> We are taking a final look at the Complaint to make sure it's ready to file tomorrow, including preparing a Civil Cover Sheet, Civil Category Sheet, and Civil Summons (which are all documents required to be filed with the Complaint). We will send completed versions of these forms to you tonight. You can bring printed copies to the Courthouse, along with $405.00 for the filing fee. In Boston, you can pay by credit card, cash, money order, or check.

>> We think it makes more sense to file in Boston, rather than Worcester for strategic reasons.

>> Let us know if you have any questions, and we will follow up with completed versions of the forms we mentioned later tonight.

>> _____
>> **Boston College Law School Pro Se Legal Assistance Clinic**
>> Boston College Law School
>> 885 Centre Street
>> Newton, MA 02459
>> bclawclinic@bc.edu
>> (617)-552-LAWS

>> *This email message may contain legally privileged and/or confidential information. If you are not the intended recipient, or the employee or agent responsible for delivery of this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.*

>> On Thu, Nov 13, 2025 at 12:02 PM BC Law Clinic <bclawclinic@bc.edu> wrote:
>>> Hey Mr. Williamson, here is what you should respond:

>>> --

>>> Sorry Melanie. I thought this was from someone else. I would prefer to communicate over email. Please send me any thoughts.

>>> Best,
>>> Michael Williamson

>>> _____
>>> **Boston College Law School Pro Se Legal Assistance Clinic**
>>> Boston College Law School
>>> 885 Centre Street
>>> Newton, MA 02459
>>> bclawclinic@bc.edu
>>> (617)-552-LAWS

*This email message may contain legally privileged and/or confidential information. If you are not the intended recipient, or the employee or agent responsible for delivery of this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.*

On Thu, Nov 13, 2025 at 11:48 AM Michael Williamson <mikewillie24@gmail.com> wrote:

> Begin forwarded message:
>
>> **From:** Melanie Woodward <MWoodward@nutter.com>
>> **Date:** November 13, 2025 at 11:45:34 AM EST
>> **To:** Michael Williamson <mikewillie24@gmail.com>
>> **Subject: Re: Complaint**
>>
>> How about 2:00? What is the best number to reach you?
>>
>> **From:** Michael Williamson <mikewillie24@gmail.com>
>> **Sent:** Thursday, November 13, 2025 11:40:22 AM
>> **To:** Melanie Woodward <MWoodward@nutter.com>
>> **Subject:** Re: Complaint
>>
>> Yes. Time?
>>
>>> On Nov 13, 2025, at 10:32 AM, Melanie Woodward <MWoodward@nutter.com> wrote:
>>>
>>> Good morning Mr. Williamson,
>>>
>>> Are you available for a phone call today?
>>>
>>> Melanie
>>>
>>> **From:** Melanie Woodward
>>> **Sent:** Thursday, November 6, 2025 9:57:48 AM
>>> **To:** Michael Williamson <mikewillie24@gmail.com>
>>> **Subject:** RE: Complaint
>>>
>>> I assure you that both Avidia and KBW are acting in good faith



**Melanie Woodward**

Nutter, McClennen & Fish, LLP

Direct / 617-439-2130

**From:** Michael Williamson <mikewillie24@gmail.com>
**Sent:** Thursday, November 6, 2025 9:56 AM
**To:** Melanie Woodward <MWoodward@nutter.com>
**Subject:** Re: Complaint

Counselor, I will wait to file my complaint until 11/13. I am discerning if Avidia is acting in good faith? You failed to answer that question.

"Honest to Goodness", Michael Williamson

> On Nov 6, 2025, at 9:45 AM, Melanie Woodward <MWoodward@nutter.com> wrote:
>
> Mr. Williamson,
>
> Since I did not hear back from you yesterday, I am following up by email. The additional time I am requesting is not for investigation—you are correct that is complete. I am asking, as a professional courtesy, that you give me time to discuss with my client now that you have decided to move forward with this, despite the information provided to you in the responses to your 93A demand. I would very much appreciate if you could at least give me until the end of next week (Nov. 14). My goal here is to have a productive line of communication between us.
>
> Melanie



**Melanie Woodward**